IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

CLARENCE W. BROOKS,           )
                              )
          Plaintiff,          )
                              )
v.                            )    No. CIV-05-1110-L
                              )
KINGFISHER COUNTY JAIL, et al., )
                              )
          Defendants.         )

**O R D E R**

This matter is before the court for review of the Report and Recommendation issued by the Honorable Robert E. Bacharach on December 20, 2005. In the Report, Judge Bacharach recommended the court issue an order revoking plaintiff's pauper status and directing him to pay the filing fee within twenty days. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and to date plaintiff has failed to object to the Report and Recommendation. Having conducted a *de novo* review of this matter, the court finds that the Report and Recommendation should be adopted in its entirety.

Plaintiff's right to continue this action *in forma pauperis* and without prepayment of the filing fee is REVOKED. Plaintiff is directed to pay the $250.00 filing fee **in full** no later than **February 10, 2006**. Failure to pay the filing fee in full or to show good cause for that failure will result in dismissal of this action without

prejudice and without further notice to plaintiff.

It is so ordered this 19th day of January, 2006.

_Tim Leonard_
TIM LEONARD
United States District Judge